## ANNA McNAMARA, PLAINTIFF, v. ERIE RAILROAD COMPANY, DEFENDANT.

Submitted November term, 1923—Decided March 4, 1924.

**Listing Causes—Case Not Moved Marked "Off for Term"—Rule to Show Cause Why Suit Should Not be Dismissed—Court Will Not Interfere With Control Trial Judge Must Have on the List.**

On rule, &c.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN and BLACK.

For the plaintiff, *Edward F. Merrey.*

For the defendant, *Collins & Corbin.*

PER CURIAM.

The object of this rule is to show cause why the suit of the plaintiff should not be dismissed.

On June 8th, 1923, the case was on the day call of cases noticed ready for trial at the Passaic Circuit Court. The case not being moved, the trial judge marked the case "off for the term." It is to review this action of the trial court that the rule was obtained. We cannot interfere with the control which the trial judge must have over the list of causes marked ready for trial.

The rule to show cause is discharged, with costs.